IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CRUZ LARA and CARMEN LARA,

      Plaintiffs,

v.                                                                                  Civ. No. 20-1268 WJ/GBW

ALLSTATE INSURANCE COMPANY and
RIC HARTLINE,

      Defendants.

**ORDER GRANTING DEFENDANT ALLSTATE INSURANCE COMPANY'S
MOTION FOR PROTECTION ORDER**

THIS MATTER comes before the Court on Defendant Allstate Insurance

Company's Motion for Protective Order.  *Doc. 46*.  On January 4, 2022, Plaintiffs noticed

the deposition of Defendant's expert, Rod Rennison of Rimkus Consulting Group, for

January 12, 2022, and subpoenaed documents from him, including the following: (i) Mr.

Rennison's complete expert file; (ii) copies of all reports written by Mr. Rennison,

prepared by him, or prepared at his direction; (iii) Mr. Rennison's case notes about this

action; (iv) communications between Mr. Rennison and anyone else about the case; and

(v) all information upon which Mr. Rennison based his conclusions, including all facts

or data provided by Defendant's attorney that Mr. Rennison considered in forming his

opinions.  *See doc. 46-1*.  Defendant seeks a protective order that limits Mr. Rennison's

production to the non-privileged material that Federal Rule of Civil Procedure

26(a)(2)(B) requires experts to include in their written reports.  *See doc. 46* at 1.

Local Rules give a party fourteen (14) days to respond to a motion absent a

request for an extension and provide that "[t]he failure of a party to file and serve a

response in opposition to a motion within the time prescribed for doing so constitutes

consent to grant the motion."  D.N.M. LR-Civ. 7.1(b); D.N.M. LR-Civ. 7.4(a).  More than

fourteen days have passed since Defendant filed the instant Motion without Plaintiffs

filing a response or requesting the Court to extend the deadline for them to do.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Protective

Order (*doc. 46*) is GRANTED.  Mr. Rennison's obligations under the January 4, 2022,

subpoena are limited to producing the non-privileged material required by Federal

Rule of Civil Procedure 26(a)(2)(B).

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE